# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:13-CR-0082-LJO** |
| Plaintiff-Respondent, | **ORDER FOR OPPOSITION** |
| v. | |
| **SALVADOR MELGOZA-SOLORIO,** | |
| Defendant-Petitioner. | |

Petitioner Salvador Melgoza-Solorio is a federal prisoner proceeding pro se pursuant to 28 U.S.C. § 2255 ("Section 2255") to vacate, set aside or correct a 30-month sentence imposed in connection with his guilty plea to a single count of illegal re-entry into the United States by a previously deported alien. *See* Doc. 12 (Judgment and Commitment); Doc. 10 (Plea Agreement); Doc. 13 (Section 2255 Petition). Having reviewed Mr. Melgoza-Solorio's Section 2255 motion, this Court finds that its resolution of the motion will be aided by the filing of an opposition by the Government. Accordingly, the Government is ORDERED, no later than May 2, 2014, to file and serve an opposition to the 2255 motion. The Court shall take the section 2255 motion under submission after the opposition is filed. No further submissions shall be accepted, unless by further order of this Court. In addition, no hearing is set in this matter.

IT IS SO ORDERED.

   Dated: **April 1, 2014**            **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE