BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SALVADOR MELGOZA-SOLORIO,<br><br>                              Defendant. | CASE NO.  1:13-CR-82 LJO<br><br>SECOND MOTION FOR CONTINUANCE OF GOVERNMENT'S RESPONSE TO PETITIONER'S 18 U.S.C.§ 2255 MOTION |

        Plaintiff United States of America, by and through its counsel of record, Mia A. Giacomazzi,

hereby moves the Court for a 30-day continuance of the June 2, 2014 deadline to respond to

defendant/petitioner Salvador Melgoza-Solorio's 18 U.S.C. §2255 motion.   This is the government's

second request for a continuance.  Good cause exists for this continuance for the following reasons:

        Mr. Melgoza-Solorio seeks relief based on his ineffective assistance of counsel claim.  Mr.

Melgoza-Solorio argues that his defense attorney in this 8 U.S.C. §1326 action was ineffective because

he failed to attack collaterally Mr. Melgoza-Solorio's immigration removal order that formed the basis

of an element of the 8 U.S.C. §1326 crime. Part of Mr. Melgoza-Solorio's claim rests on his allegations

that he was denied due process in his immigration proceeding because the immigration judge failed to

advise Mr. Melgoza-Solorio (1) that he was entitled to voluntary departure and (2) of the consequences

of his waiver of his right to appeal.

        In April, the government requested, among other things, the audio tape recordings of Mr.

1

1   Melgoza-Solorio's immigration proceedings to investigate the claims underlying the current 18 U.S.C. §

2   2255 motion.   In addition, the government requested Mr. Melgoza-Solorio's full immigration file.

3   Although the government has received Mr. Melgoza-Solorio's immigration file, the government has not

4   yet received the audio tapes of Mr. Melgoza-Solorio's immigration proceedings.  A review of this audio

5   recording is required to appropriately respond to the pending petition.  In the government's experience,

6   the government may not receive the audio tape recordings of the immigration proceedings for at least 4-

7   6 weeks.

8           To allow time for the government to receive the audio tape recordings and other requested

9   materials, and to prepare a response based on the contents of the requested materials, the government

10  seeks a continuance of an additional 30 days to respond to the defendant/petitioner's § 2255 motion.

11

12

13  Dated:  June 2, 2014                                    BENJAMIN B. WAGNER
                                                            United States Attorney

14

15                                                          /s/ MIA A. GIACOMAZZI
                                                            MIA A. GIACOMAZZI

16                                                          Assistant United States Attorney

17

18

19                                      **ORDER**

20

21          On the basis of good cause, this Court CONTINUES the government's June 2, 2014 deadline to

22  respond to Mr. Melgoza-Solorio's 18 U.S.C. §2255 petition for 30 days.  The government's response is

23  now due on July 2, 2014.

24

25  **SO ORDERED**
    **Dated: June 2, 2014**

26                                      **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**

27

28

                                           2